IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRYCE PALAR, | ) | |
| | ) | |
| PLAINTIFF, | ) | Law No. 4:11-cv-04039 |
| | ) | |
| vs. | ) | |
| | ) | |
| BLACKHAWK BANCORPORATION, | ) | **JOINT MOTION FOR** |
| INC., d/b/a BLACKHAWK BANK & | ) | **PROTECTIVE ORDER** |
| TRUST, | ) | |
| DEFENDANT. | ) | |

The above-named parties, by and through their counsel of record, for their Motion for Protective Order, state:

1. Attached to this motion is a Joint Confidentiality Stipulation to which the parties have agreed.

2. The documents described in the Confidentiality Stipulation and any summaries of the information they contain are "confidential."

3. Reasonable steps should be taken by the parties to maintain the confidentiality of the documents and of any summaries of the information contained in those documents.

4. Attached to this Motion is a proposed Protective Order for the Court's consideration.

WHEREFORE, Plaintiff BRYCE PALAR and Defendant BLACKHAWK BANCORPORATION, INC., d/b/a BLACKHAWK BANK & TRUST respectfully request that the Court enter a Protective Order as set forth in the attached document to this Motion and as agreed to by the parties in their Confidentiality Stipulation.

Dated:  October 31, 2011

Respectfully Submitted,

BRYCE PALAR,

By: */s/ Dorothy O'Brien*

Dorothy A. O'Brien
Attorney & Counselor at Law, PLC
2322 E. Kimberly Road, Suite 100E
Davenport, IA 52807
563-355-6060 Telephone
563-355-6666 Facsimile
dao@emprights.com  E-mail
ATTORNEY FOR PLAINTIFF

and

BLACKHAWK BANCORPORATION, INC., d/b/a
BLACKHAWK BANK & TRUST,


By:  /s/ *Matthew P. Pappas*

Matthew P. Pappas
Terri L. Fildes
PAPPAS, O'CONNOR & FILDES, P.C.
1617 Second Avenue – Suite 300
Rock Island, IL 61204
Telephone:  (309) 788-7110
Fax:  (309) 788-2773
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

  The undersigned certifies that I served the foregoing document by enclosing the above-referenced document in an envelope plainly addressed to such person at the address listed below, by sealing the envelope containing the above-referenced document, and affixing to the envelope the proper amount of U.S. postage for delivery by regular U.S. Mail and then by depositing the envelope with its contents in the United States mail at the United States Post Office in Rock Island, Illinois, at or before the hour of 5:00 p.m. on or before October 31, 2011.

Dorothy A. O'Brien
Attorney & Counselor at Law, PLC
2322 E. Kimberly Road, Suite 100E
Davenport, IA 52807
563-355-6060 Telephone
563-355-6666 Facsimile
dao@emprights.com  E-mail