IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRYCE PALAR, | ) | |
| | ) | |
| PLAINTIFF, | ) | Law No. 4:11-cv-04039 |
| | ) | |
| vs. | ) | |
| | ) | |
| BLACKHAWK BANCORPORATION, | ) | **NOTICE OF DEPOSITION** |
| INC., d/b/a BLACKHAWK BANK & | ) | |
| TRUST, | ) | |
| DEFENDANT. | ) | |

TO:  Bryce Palar
     c/o Dorothy A. O'Brien
     2322 E. Kimberly Road, Suite 100E
     Davenport, IA 52807

PLEASE TAKE NOTICE that on **Tuesday, June 26, 2012,** we will take the deposition of **Bryce Palar** beginning at **9:00 AM**. This deposition will be taken by oral examination before a certified court reporter and will be conducted at the offices of **Dorothy A. O'Brien,** Attorney & Counselor at Law, PLC, 2322 E. Kimberly Road, Suite 100E, Davenport, Iowa. This oral examination will continue until completed.

Dated this 8th day of June, 2012.

*/s/ Matthew P. Pappas*
Matthew P. Pappas
Terri L. Fildes
PAPPAS, O'CONNOR & FILDES, P.C.
1617 Second Avenue, Suite 300
Rock Island, IL 61201
Telephone: (309) 788-7110
Facsimile: (309) 788-2773
E-Mail: mpappas@poflegal.com
E-Mail: tfildes@poflegal.com

**ATTORNEYS FOR DEFENDANT**

cc:  Kelly Reporting

PROOF OF SERVICE

      I, Jeffrey Wright, hereby certify that on the 8th day of June, 2012, the foregoing document was filed electronically, sent via electronic mail at the e-mail address indicated below and mailed in a postage prepaid envelope addressed to the following counsel and was deposited in the U. S. Mail at Rock Island, Illinois.

Dorothy A. O'Brien
Attorney & Counselor at Law, PLC
2322 E. Kimberly Road, Suite 100E
dao@emprights.com  E-mail

*/s/Jeffrey Wright*