IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BRYCE PALAR,<br><br>    PLAINTIFF,<br><br>V.<br><br>BLACKHAWK BANCORPORATION, INC., d/b/a BLACKHAWK BANK & TRUST,<br><br>    DEFENDANT. | Law No. 4:11-cv-4039-JBM-JAG<br><br>PLAINTIFF PALAR'S NOTICE OF DEPOSITION NOTICES SERVED TO DEFENDANT'S COUNSEL |

COMES NOW Plaintiff Bryce Palar through his attorney Dorothy A. O'Brien, Attorney & Counselor at Law, PLC and states that his Notice of Depositions of Gerry Huiskamp, Jim Huiskamp, and T. J. Hoffman was served to Defendant's Counsel this 29th day of June 2012.

Respectfully submitted,

*/S/Dorothy A. O'Brien*
Dorothy A. O'Brien #AT0005877
Attorney & Counselor at Law, PLC
2322 East Kimberly Road, Suite 100E
Davenport, Iowa 52807
563-355-6060  Telephone
563-355-6666  Facsimile
Email:  dao@emprights.com

ATTORNEY FOR PLAINTIFFS

**Certificate of Service**

      I certify that on this 29th day of June 2012, I served the following were served by email to the following counsel of record:

>Matthew P. Pappas
>Terri Fildes
>PAPPAS, CLEARY, O'CONNOR,
>FILDES, SECARAS, P.C.
>1617 Second Avenue, Suite 300
>Rock Island, IL 61201
>Telephone: (309) 788-7110
>Facsimile: (309) 788-2773
>Email:  mpappas@poflegal.com
>          tfildes@poflegal.com


>ATTORNEYS FOR DEFENDANT


>*/S/Dorothy A. O'Brien*
>Dorothy A. O'Brien