E-FILED
Friday, 19 April, 2013  06:12:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| BRYCE PALAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:11-cv-4039-SLD-JAG |
| ) | |
| BLACKHAWK BANKCORPORATION, ) | |
| INC. d/b/a BLACKHAWK BANK & ) | |
| TRUST, ) | |
| ) | |
| Defendant. | |

ORDER

This matter comes to the Court on Plaintiff's Motion for Sanctions, ECF No. 34, and Defendant's Motion to Strike, ECF No. 35.  On March 19, 2013, Magistrate Judge Gorman entered a Report and Recommendation on both motions.  ECF No. 39.  In it, he recommends that Plaintiff's motion be denied in its entirety and the Defendant's Motion be granted with respect to a late-disclosed witness and denied with respect to late-disclosed documents.  Neither party filed an objection to the Report and Recommendation within fourteen days.  *See* Fed. R. Civ. Pro 72; 29 U.S.C. § 636(b)(1).  After careful and independent review, the Court accepts and adopts the Report and Recommendation.  *See Schur v. L.A. Weight Loss Centers, Inc.*, 577 F.3d 752, 760 (7th Cir. 2009) ("If no party objects to the magistrate judge's action, the district judge may simply accept it.").

Accordingly, Plaintiff's Motion for Sanctions, ECF No. 34, is DENIED.  Defendant's Motion to Strike is GRANTED-IN-PART and DENIED-IN-PART.  Defendant's Motion is GRANTED as to Piepe's affidavit offered in opposition to Defendant's Motion for Summary Judgment.  Ms. Piepe's affidavit (Exhibit 28 to Plaintiff's Memorandum in Opposition to

1

Defendant's Motion for Summary Judgment, ECF No. 32) will not be considered by the Court in ruling on Defendant's Motion for Summary Judgment, ECF No. 28.  Defendant's Motion is DENIED as to Plaintiff's late disclosure of his pay stubs.

Entered this 19th day of April, 2013.

s/ Sara Darrow
SARA DARROW
UNITED STATES DISTRICT JUDGE
